**Darren E. SYDNOR, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 72782.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 21, 1998.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Angel M. Woodruff, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ROBERT G. DOWD, Jr., P.J. and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Darren Sydnor, Movant, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without a hearing. He filed his motion after he pleaded guilty to escape from confinement in violation of section 575.210, RSMo Cum.Supp.1997. We affirm.

We have reviewed the record on appeal and the briefs of the parties and concluded that the motion court's decision was not clearly erroneous. Rule 24.035(k). A published opinion would have no precedential value and we affirm by written order. Rule 84.16(b)(2). We have provided a memorandum opinion for the use of the parties only. Judgment affirmed.